ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN  DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| CORETECH INDUSTRIES, LLC | § | CASE 18-34196-11 |
| | § | |
| DEBTOR | § | |

WITNESS AND EXHIBITS LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CoreTech Industries, LLC., Debtor in the above styled  and numbered

cause, and files this Witness and Exhibit List for Hearing on Motion to Sell , and in support

thereof would respectfully show unto the Court as follows:

Witnesses

Richard Arn

Representative of SMS group, Inc.

Any witness  designated by any other party

Exhibit

Motion to Sell

Purchase and Sale Agreement

Schedules of Debtor

Notice of Hearing on Motion to Sell

Any exhibit designated by any other party.

Respectfully submitted,


ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 1100
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax


BY: /s/ Eric Liepins_____
        ERIC A. LIEPINS, SBN 12338110


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was sent to all creditors on this the 30th day of January 2019.

___/s/ Eric Liepins_____
Eric A. Liepins