Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN  DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE § | | |
| § | | |
| CORETECH INDUSTRIES, LLC § | | |
| § | Case no.18-34194 -11 | |
| § | | |
| § | | |
| § | CHAPTER 11 | |
| DEBTOR § | | |

## MOTION FOR CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT AND SETTING DEADLINES AND CONFIRMATION HEARING

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Coretech Industries, LLC., ("Debtor") and files this its Motion for Conditional Approval of Disclosure Statement and Setting Deadline and Confirmation Hearing ("Motion") and would show the Court the following:

1. The Debtor filed a voluntary Chapter 11 Petition on December 18, 2018.

2. Debtor is a small business debtor as defined in 11 U.S.C. §101(51).

3. Debtor has filed a Small Business Disclosure Statement and Small Business Plan of Reorganization on February 14, 2019.

4. Debtor seeks an Order Conditionally Approving the Small Business Disclosure

Statement and Setting Deadlines and Confirmation hearing.

WHEREFORE, PREMISES CONSIDERED, the Debtor would request this matter be set down for an hearing and that upon hearing, this Court enter and Order Conditionally Approving Small Business Disclosure Statement and Setting Deadline and Confirmation Hearing, and for such other and further relief as the Debtor may show itself justly entitled.

Respectfully submitted,

Eric A. Liepins
Eric A. Liepins, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

By:_/s/ Eric Liepins_____
    Eric A. Liepins, SBN 12338110

PROPOSED ATTORNEY FOR DEBTOR

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Motion was sent to all creditors of the estate on the 14th day of February 2019.

__/s/ Eric Liepins____
Eric Liepins