

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed February 19, 2019

_____
United States Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § § | |
| CORETECH INDUSTRIES, LLC | § § § § § § § | Case no.18-34196 -11 <br><br> CHAPTER 11 |
| DEBTOR | § | |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF THE BANKRUPTCY CODE AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

A  Disclosure Statement, pursuant to Section 1125 of the Bankruptcy Code Dated February 13, 2019 ("Disclosure Statement") having been filed by Debtor, Coretech Industries, LLC, Debtor in the above-styled and referenced bankruptcy proceeding referring to Debtor's   Plan of

Reorganization dated February 13, 2019, came on for consideration by the Court. The Court having determined that the Disclosure Statement, contains adequate information;

It is ordered, and notice is hereby given, that:

A. The Disclosure Statement filed by the Debtor is conditionally approved.

B. March 22, 2019 is fixed as the last day for filing and serving pursuant to Rule 3020(b)(1) written acceptances or rejections of the Plan in the form of a ballot. One copy of the ballot shall be returned on or before said date to counsel of record, Eric A. Liepins, 12770 Coit Road, Suite 1100, Dallas, TX 75251.

C. No later than February 19, 2019, the Plan, the Order Conditionally Approving the Disclosure Statement, the Disclosure Statement, a Ballot conforming to New Official Form No. 14 shall be transmitted by mail to creditors, equity security holders and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

D. March 25, 2019 at 9:30 a .m. is fixed for the hearing on Confirmation of the Plan and Final Approval of the Disclosure Statement in the Court room of the Honorable Stacy G Jernigan, 1100 Commerce Street, 14th Floor, Dallas, Texas.

E. March 22, 2019 is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P. 3020(b)(1) written objections to confirmation of the Plan or the Disclosure Statement.

### End of Order ###

_/s/ Stephen McKitt_____
Stephen McKitt
Office of the United States Trustee

**ORDER APPROVING DISCLOSURE STATEMENT, PURSUANT TO SECTION
1125 OF THE BANKRUPTCY CODE AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF
PLAN,COMBINED WITH NOTICE THEREOF** **Page 3**
**c:\docs\cableTek\orderdis.state**