ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 1100
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| CORETECH INDUSTRIES, LLC | § | CASE 18-34196-11 |
| | § | |
| DEBTOR | § | |

AMENDED WITNESS AND EXHIBITS LIST

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CoreTech Industries, LLC., Debtor in the above styled and numbered cause, and files this Witness and Exhibit List for Hearing on Confirmation and Motion to Reconsider, and in support thereof would respectfully show unto the Court as follows:

Witnesses

Richard Arn

Any witness designated by any other party

Exhibit

Motion to Sell

Notice of hearing on Motion to Sell

Plan

Disclosure Statement

Order Conditionally Approving Disclosure Statement

Objection to Motion to Reconsider

Ballot Tally

Notice of Bankruptcy filed in state court case

Any exhibit designated by any other party.

                    Respectfully submitted,

                    ERIC A. LIEPINS, P.C.
                    12770 Coit Road, Suite 1100
                    Dallas, Texas 75251
                    (972) 991-5591
                    (972) 991-5788 - fax

                    BY: /s/ Eric Liepins
                          ERIC A. LIEPINS, SBN 12338110

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document was sent to all creditors on this the 27th day of March 2019.

                    __/s/ Eric Liepins_____
                    Eric A. Liepins